1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ANTHONY BICS,                          ) NO. SACV 05-00899-RGK (MAN)
                                           )
12                  Petitioner,            )
                                           )
13      v.                                 ) ORDER ADOPTING FINDINGS,
                                           )
14  JOHN MARSHALL,                         ) CONCLUSIONS, AND RECOMMENDATIONS
                                           )
15                  Respondent.            ) OF UNITED STATES MAGISTRATE JUDGE
    _____   )
16

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19  for Writ of Habeas Corpus, all of the records herein, and the Report and

20  Recommendation of United States Magistrate Judge ("Report").  The time

21  for filing Objections to the Report has passed, and no Objections have

22  been filed with the Court.  The Court accepts and adopts the Report and

23  the findings of fact, conclusions of law, and recommendations therein.

24

25      IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26  shall be entered dismissing this action with prejudice.

27

28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  <u>December 10, 2010</u>

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2