**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BICS, | ) NO. SACV 05-00899-RGK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 10, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE